1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11   DEAN ROBERTS,                              No.  2:24-cv-0785 DJC AC PS
12                 Plaintiff,
13        v.                                     ORDER
14   MIDLAND CREDIT MANAGEMENT,
     INC.,
15
                      Defendant.
16
17
18        Plaintiff is proceeding in this action pro se.  The action was accordingly referred to the

19   undersigned by Local Rule 302(c)(21).  This action was initially filed on March 14, 2024, and the

20   operative amended complaint was filed on June 12, 2024.  ECF Nos. 1, 6.  Defendant answered

21   the amended complaint (ECF No. 11) and filed a notice of interested parties stating that Encore

22   Capital Group, a publicly held company which trades on NASDAQ under the symbol "ECPG," is

23   the corporate parent of and owns ten percent or more of Defendant Midland Credit Management,

24   Inc.'s interests (ECF No. 12).

25        Good cause appearing, IT IS HEREBY ORDERED as follows:

26        1.  A Status (Pretrial Scheduling) Conference is set for January 15, 2025 at 10:00 a.m. in

27            Courtroom 26 (AC) before Magistrate Judge Allison Claire.  All parties shall appear by

28            counsel or in person if acting without counsel.

                                         1

2.  Not later than January 2, 2025, the parties shall file a joint status report, or separate status reports if necessary, addressing the following matters:

    a.  Service of process;

    b.  Possible joinder of additional parties;

    c.  Any expected or desired amendment of the pleadings;

    d.  Jurisdiction and venue;

    e.  Anticipated motions and their scheduling;

    f.  The report required by Federal Rule of Civil Procedure 26 outlining the proposed discovery plan and its scheduling, including disclosure of expert witnesses;

    g.  Future proceedings, including setting appropriate cut−off dates for discovery and law and motion, and the scheduling of a pretrial conference and trial;

    h.  Special procedures, if any;

    i.  Estimated trial time;

    j.  Modification of standard pretrial procedures specified by the rules due to the simplicity or complexity of the proceedings;

    k.  Whether the case is related to any other cases, including bankruptcy;

    l.  Whether a settlement conference should be scheduled;

    m.  Any other matters that may add to the just and expeditious disposition of this matter.

IT IS SO ORDERED.

DATED: November 4, 2024

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE