# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| DEAN ROBERTS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.,<br><br>　　　　Defendant. | Case No. 2:24-cv-00785-DJC-AC<br><br>**ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. Daniel J. Calabretta<br>Magistrate Judge: Hon. Allison Claire<br><br>Action Filed:　March 14, 2024<br>Trial Date:　　Not Set |

Pursuant to the Parties' Stipulation for Dismissal with Prejudice, this action is hereby dismissed in its entirety with prejudice. Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: January 24, 2025　　　　/s/ Daniel J. Calabretta
　　　　　　　　　　　　　　　THE HONORABLE DANIEL J. CALABRETTA
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE